## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lisa Williams,                     :

          Appellant         :

                         :

        v.              :         No. 666 C.D. 2022

                         :

County of Monroe, Tax Claim   :

Bureau of Monroe County and   :

Jason Keller              :

**PER CURIAM**              **O R D E R**

NOW, October 16, 2023, having considered Appellee Jason Keller's application for reargument, the application is DENIED.